THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRYSTAL MICALE, an individual,

Plaintiff,

v.

THE HARDWARE STORE, INC. D/B/A JOHNSON'S HOME & GARDEN, *et al.*,

Defendants.

Case No. 2:24-cv-00806-RSM

**STIPULATED MOTION AND ORDER CONTINUING TRIAL DATE AND REMAINING CASE DEADLINES**

NOTE FOR MOTION CALENDAR:
**Wednesday, July 31, 2024**

The parties, by and through their respective counsel of record, hereby submit this Stipulated Motion and [Proposed] Order Continuing Trial Date and Remaining Case Deadlines. On July 25, 2024, this Court issued an Order Setting Trial Date and Related Dates (ECF # 9) with a trial date of October 14, 2025. The parties submitted their Joint Status Report and Discovery Plan (ECF # 8) on July 23, 2024, which reflects Plaintiff's counsel unavailability to include October 14 to 28, 2025. Plaintiff's counsel, since the filing of the Joint Status Report, is also unavailable November 17 to December 1, 2025, for trial set in another matter. Plaintiff's counsel is unavailable for trial because of another trial previously scheduled. As such, the parties agree to a trial date at the court's first available date on or after December 8, 2025, with all remaining deadlines modified accordingly.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

STIPULATED MOTION AND ORDER CONTINUING TRIAL DATE
AND REMAINING CASE DEADLINES - 1
Case No. 2:24-cv-00806-RSM

**AKW LAW**, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

1  DATED this 31st day of July, 2024.

 

                                                      _____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2024.

Respectfully stipulated to and submitted by,

**AKW LAW, P.C.**

*/s/ Ada K. Wong*
Ada K. Wong, WSBA #45936
George Leach, WSBA #56930
Attorneys for Plaintiff
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: george@akw-law.com

**LITTLER MENDELSON, P.C.**

*/s/ Derek Bishop*
Derek Bishop, WSBA #39363
Attorneys for Defendant
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101-3122
Tel.: 206-623-3300
Fax: 206-447-6965
E-mail: debishop@littler.com

---

**STIPULATED MOTION AND ORDER CONTINUING TRIAL DATE AND REMAINING CASE DEADLINES - 2**
Case No. 2:24-cv-00806-RSM

**AKW LAW**, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Derek Bishop
>Nina Stroescu
>LITTLER MENDELSON, P.C.
>One Union Square
>600 University Street, Suite 3200
>Seattle, WA 98101-3122
>Tel.: 206-623-3300
>Fax: 206-447-6965
>E-mail: debishop@littler.com
>E-mail: nstroescu@littler.com
>E-mail: kfiumano@littler.com
>E-mail: cpsaunders@littler.com
>*Attorneys for Defendant*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED: July 31, 2024, at Seattle, Washington.

>*/s/ Kaila A. Stewart*
>Kaila A. Stewart, Paralegal

STIPULATED MOTION AND ORDER CONTINUING TRIAL DATE
AND REMAINING CASE DEADLINES - 3
Case No. 2:24-cv-00806-RSM

**AKW LAW**, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529