UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRYSTAL MICALE,<br><br>              Plaintiff,<br><br>     v.<br><br>THE HARDWARE STORE, INC. d/b/a/<br>JOHNSON'S HOME & GARDEN, et al.,<br><br>              Respondent. | CASE NO. C24-806-RSM<br><br>ORDER DENYING STIPULATED<br>MOTION FOR PROTECTIVE<br>ORDER |

This matter comes before the Court on the parties' Stipulated Protective Order. Dkt. #18.

The Court finds that the proposed Protective Order does not conform to the requirement that its "protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles" as stated by Local Rule 26(c)(2). Under the section entitled Confidential Material, the Court's model protective order instructs: "[t]he parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" The parties have not followed this instruction and instead include broad examples, including "[f]inancial documents with sensitive . . .

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER - 1

information[,]" "[d]ocuments containing sensitive, financial, or confidential information[,]" and "[a]ny other information not in the public domain that is reasonably and in good faith believe by the producing party to contain . . . highly sensitive information." Dkt. #18 at 2.

Although some proper categories of documents are referenced, the Court finds that the parties have impermissibly left the door open to labeling a wide variety of documents as confidential, including categories that can be summed up as "sensitive business material." The parties submit no argument to justify this departure from the model protective order's guidelines, and the Court will not enter an order with such language.

Given all of the above, the Motion will be denied.

Having reviewed the instant Motion and remainder of the record, the Court hereby finds and ORDERS that the parties Stipulated Protective Order, Dkt. #18, is DENIED.

DATED this 27th day of January, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE