UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRYSTAL MICALE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE HARDWARE STORE, INC. D/B/A JOHNSON'S HOME & GARDEN, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00806-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

COME NOW Plaintiff Crystal Micale and Defendant The Hardware Store, Inc. d/b/a Johnson's Home & Garden, by and through their attorneys of record, and hereby stipulate to the dismissal of all claims in the above-referenced matter with prejudice and without attorney's fees or costs to any party.

Dated: June 5, 2025.

**STIPULATION AND ORDER OF DISMISSAL - 1**
Case No. 2:24-cv-00806-RSM

Respectfully submitted,

**AKW LAW, P.C.**

*/s/ Rolf Gardner Toren*
Ada K. Wong, WSBA #45936
Rolf Gardner Toren, WSBA #58597
Attorneys for Plaintiff
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: rolf@akw-law.com

**LITTLER MENDELSON, P.C.**

*/s/ Nina Stroescu*
Derek Bishop, WSBA #39363
Nina Stroescu, WSBA #60361
Attorneys for Defendant
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101-3122
Tel.: 206-623-3300
Fax: 206-447-6965
E-mail: debishop@littler.com
E-mail: nstroescu@littler.com

## ORDER

The Stipulation and Order of Dismissal is GRANTED. This case is CLOSED.

DATED this 5th day of June, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE